```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 41173
   EARL F CUSICK
   ANN M CUSICK                             CHAPTER 13

                                            JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-6137    SSN XXX-XX-1112
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/05/04 and confirmed on 01/13/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 14835.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | 3524.43 | .00 | 3524.43 |
| AMERICAN GENERAL FINANCE | SECURED | 4416.70 | 494.90 | 4416.70 |
| ASPIRE VISA | UNSECURED | 991.93 | .00 | 991.93 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 396.67 | .00 | 396.67 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 518.98 | .00 | 518.98 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTORS | UNSECURED | NOT FILED | .00 | .00 |
| PATHOLOGY LABORATORY CON | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1167.97 | .00 | 1167.97 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS BANKRUPTCY SER | UNSECURED | 401.52 | .00 | 401.52 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7941.13 | .00 | 3477.07 | .00 | 11418.20 |
| PRINCIPAL PAID | 7941.13 | .00 | 3477.07 | .00 | 11418.20 |
| INTEREST PAID | 494.90 | .00 | .00 | .00 | 494.90 |
| TOTAL PAID | 8436.03 | .00 | 3477.07 | .00 | 11913.10 |

The Debtor's attorney, SCHOTTLER & ZUKOSKY            , was allowed $   2400.00 and was paid $    200.00  direct and $   2200.00  through the plan.

The Trustee received $    616.04 .

Refunds to the Debtor totaled $    105.86 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 01/13/09                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```